UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURENZO LEE WILLIAMS,<br><br>            Petitioner,<br><br>       v.<br><br>GROUNDS, Warden,<br><br>            Respondent. | Case No. CV 12-7176 CBM(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

     In the Objections, petitioner asserts, in part, that the Report and Recommendation erroneously stated that during the plea process petitioner made a counter of "10 years" since, according to petitioner, he actually "made a counter offer of 20 years" and "nothing more was said about the counter."  (Objections at

1  ii) (citing Reporter's Transcript ("RT") at 8). Petitioner's assertion, however, is
2  belied by the record which clearly reflects that during pretrial proceedings defense
3  counsel stated on the record "[M]y understanding is that . . . [petitioner] did not ask
4  for 20 years, he's asking for ten years. Isn't that correct?" to which petitioner
5  responded "Yes, sir." (RT 8-9). Petitioner's other objections are essentially based
6  on the same arguments previously raised, and which the Report and
7  Recommendation properly concluded had no merit.
8      IT IS ORDERED that Judgment be entered denying the Petition and
9  dismissing this action with prejudice.
10     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
11 Report and Recommendation, and the Judgment herein on petitioner and counsel
12 for respondent.
13     LET JUDGMENT BE ENTERED ACCORDINGLY.

15     DATED: September 21, 2015

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE