UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LURENZO LEE WILLIAMS,

               Petitioner,

       v.

GROUNDS, Warden,

              Respondent.

Case No. CV 12-7176 CBM(JC)

JUDGMENT

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

     DATED: September 21, 2015

_____

HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE